UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RITA WILCZYNSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:13-cv-06520 |
| ) | |
| THE SCHREIBER LAW FIRM, PLLC ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF FILING

The undersigned certifies that on March 18, 2014, a true and correct copy of the foregoing, **Case Status Report**, was filed with the Clerk of Court via the following Court's CM/ECF filing system, which electronically served a copy of same upon the following:

David Kennedy Bifulco
The Schreiber Law Firm, PLLC
Six Interplex Drive, Suite 212
Trevose, PA 19053

RESPECTFULLY SUBMITTED,

By: /s/ Jason M Rettig
Jason M Rettig, Esquire
100 W Monument Ave
Hatboro, PA 19040
Phone :(267) 879-9054
E-mail: rettiglaw@yahoo.com
Attorney for Plaintiff

## CASE STATUS REPORT

Civil Action No. 2:13-cv-06520-RB  Jury( ____ )  Non Jury( X )

Caption of Case Rita Wilczynsk v. The Schreiber Law Firm, PLLC

Date Service Made December 5, 2013

Name of Trial Counsel Jason M Rettig

Representing: Plaintiff

Law Firm: Jason M Rettig, Esquire

Address: 100 W Monument Ave, Hatboro, PA 19040

Phone No. (267) 879-9054

1. This case has been/should be consolidated with another Civil Action No. N/A

2. By what date can Discovery be completed? July 3, 2014

3. Do you anticipate using expert witnesses? No

4. By what date will this case be ready for trial? November 30, 2014

5. What is the time necessary to present your case? 4 Hours

6. What portion of your case is liability? 95%   Damages? 5%

7. What is your estimate for the total length of time for the trial? 1 Day

8. Would an early settlement conference be helpful in effectuating a settlement of the case?

   If yes, when would be the most appropriate time? No

9. Do you have any special comments or issues to raise concerning this case? None

Name of counsel preparing form: Jason Rettig

Signature: [signed]   Date: 3/17/14