UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RITA WILCZYNSKI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE SCHREIBER LAW FIRM, PLLC )<br>)<br>Defendant. ) | No. 2:13-cv-06520 |

**CERTIFICATE OF FILING**

The undersigned certifies that on March 18, 2014, a true and correct copy of the foregoing, Case Status Report, was filed with the Clerk of Court via the following Court's CM/ECF filing system, which electronically served a copy of same upon the following:

Jason Rettig, Esquire
100 W Monument Ave
Hatboro, PA 19040

RESPECTFULLY SUBMITTED,

By: _____
DAVID KENNEDY BIFULCO, P.C.
David Kennedy Bifulco, Esquire
Trevose, PA 19053
Phone: (610) 676-0650
E-mail: david@dkblaw.net
Attorney for Defendant

CASE STATUS REPORT

Civil Action No. 2:13-cv-06520                              Jury(_____)   Non Jury( x )

Caption of Case  Rita Wilczynski v. The Schreiber Law Firm, PLLC

Date Service Made  December 5, 2013

Name of Trial Counsel  David Kennedy Bifulco

Representing: Defendant

Law Firm: David Kennedy Bifulco, P.C.

Address: Six Interplex Drive, Suite 212, Trevose, PA 19053

Phone No. (610) 676-0650

1. This case has been/should be consolidated with another Civil Action No.  N/A

2. By what date can Discovery be completed?  July 3, 2014

3. Do you anticipate using expert witnesses?  No

4. By what date will this case be ready for trial?  November 30, 2014

5. What is the time necessary to present your case?  4 Hours

6. What portion of your case is liability?  100%         Damages?  0%

7. What is your estimate for the total length of time for the trial?  1 Day

8. Would an early settlement conference be helpful in effectuating a settlement of the case?

   If yes, when would be the most appropriate time?  Yes, as soon as possible.

9. Do you have any special comments or issues to raise concerning this case?  None.

Name of counsel preparing form:  David Kennedy Bifulco

Signature: _____  Date: 3/18/2014