# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RITA WILCZYNSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:13-cv-06520-RB |
| | ) | |
| THE SCHREIBER LAW FIRM, PLLC | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, RITA WILCZYNSKI, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Dated: April 22, 2014                RESPECTFULLY SUBMITTED,

By:/s/ Jason M Rettig
Jason M Rettig, Esquire
100 W Monument Ave
Hatboro, PA 19040
Phone :(267) 879-9054
E-mail: rettiglaw@yahoo.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

NOTICE OF SETTLEMENT                                                1

I hereby certify that on April 22, 2014, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                                                               <u>/s/ Jason M Rettig</u>
                                                               Jason M Rettig
                                                               Attorney for Plaintiff